UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| KANG LU,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>ANDREA J. CAMPBELL, in the personal capacity and official capacity as Attorney General of Massachusetts; and GINA K. KWON, in the personal capacity and official capacity as Secretary of the Executive Office of Public Safety and Security,<br><br>Defendants-Appellees. | No. 26-1986 |

**NOTICE OF APPEARANCE**

Please enter on the docket my appearance as counsel for the defendants-appellees.

Respectfully Submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Alexander M. Weiss
Alexander M. Weiss (1st Cir. No. 1209119)
Assistant Attorney General
Constitutional and Administrative Law Div.
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2934
alexander.weiss@mass.gov

Dated: September 22, 2026

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on September 22, 2026.

*/s/ Alexander M. Weiss*
Alexander M. Weiss
Assistant Attorney General