# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kang Lu<br>*Appellant/Petitioner*,<br><br>*v.*<br><br>GINA K. KWON, in her official capacity as Secretary of the Executive Office of Public Safety and Security ("EOPSS"),<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,<br><br>*Appellees/Respondents*. | No. 26-1986 |

**MOTION FOR ASSENTED-TO**
**EXTENSION OF TIME TO FILE OPENING BRIEF**

I, Kang Lu, Appellant, appearing *in propria persona*, respectfully move under Federal Rule of Appellate Procedure 26(b) for an extension of time to file Appellant's Opening Brief. The current deadline is October 19, 2026. I request an extension through **November 20, 2026**, for the following reasons.

1. The Court's Briefing Schedule entered on September 9, 2026 currently sets the deadline for filing Appellant's Opening Brief for October 19, 2026.

2. On October 12, 2026, I reached out to Mr. Alexander Weiss (AGO), counsel for Appellees, regarding this request for an extension. He states The Appellees assent to the requested extension.

3. This is the first request to extend this deadline.

4. Good cause supports this request. Preparing the brief requires me to analyze multiple chapters of the Massachusetts General Laws and review the record on appeal. I have made substantial progress in my legal research, but need additional time to complete my review of the record, refine my analysis, and finalize the brief. My ability to work on the brief has also been limited by caregiving responsibilities for my young children and elderly parents, a family illness requiring my attention, and work-related obligations.

**WHEREFORE**, I, Kang Lu respectfully request that this Court extend the deadline to file Appellant's Opening Brief through **November 20, 2026**.

Dated: October 13, 2026. Respectfully submitted,

/s/ Kang Lu

Kang Lu, *in propria persona.*
5753 Highway 85 North, #2442
Crestview, Florida, 32536
LibertyWithoutLicense@gmail.com
Phone: 413-300-2102.

CERTIFICATE OF SERVICE

I certify that on October 13, 2026, I filed this motion through the First Circuit's CM/ECF system, which served it electronically on Mr. Alexander Weiss, (AGO), <*Alexander.Weiss@mass.gov*>, counsel for Appellees.

Dated: October 13, 2026.

Respectfully submitted,

*/s/ Kang Lu*

Kang Lu, *in propria persona.*
5753 Highway 85 North, #2442
Crestview, Florida, 32536
*LibertyWithoutLicense@gmail.com*
Phone: 413-300-2102.