# United States Court of Appeals
## For the First Circuit

---

No. 26-1986

KANG LU,

Plaintiff - Appellant,

v.

GINA K. KWON, in the personal capacity and official capacity as Sercretary of the Executive Office of Public Safety and Security (EOPSS); ANDREA JOY CAMPBELL, in the personal capacity and official capacity as Attorney General of Massachusetts

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: October 29, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Kang Lu to file a brief be enlarged to and including **November 20, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mathias Francis Fressilli
Kang Lu
Alexander Matthew Weiss